## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| ROBERTA SENECAL, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WILSON & COMPANY, INC., ENGINEERS & ARCHITECTS<br><br>　　　　　　Defendant. | Case No. 1:24-cv-00904-SCY-KK |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Roberta Senecal and Defendant Wilson & Company, Engineers & Architects hereby jointly notify the Court that the parties have reached an agreement in principle on the material terms of a settlement of the above-captioned action that would resolve the action on a classwide basis. The proposed class action settlement will be memorialized in a written settlement agreement, which Plaintiff will file with the Court as part of a motion for preliminary approval.

The parties hereby jointly move that this action and all attendant deadlines be stayed pending Plaintiff's forthcoming motion for preliminary approval of the settlement, which Plaintiff anticipates filing within 45 days of this Joint Notice.

Dated: March 7, 2025

By: */s/ Cassandra P. Miller*
　　Cassandra P. Miller (*Pro Hac Vice*)
　**STRAUSS BORRELLI PLLC**
　980 N. Michigan Avenue, Suite 1610
　Chicago, Illinois 60611
　Telephone: (872) 263-1100

Dated: March 7, 2025

By: */s/ Keeley O. Cronin*
　　Keeley O. Cronin (N.M. Bar No. 24-340)
　　Casie D. Collignon (N.M. Bar No. 25-09)
　　Mark S. Barron (SBN 06118)
　**BAKER & HOSTETLER LLP**
　1801 California Street, Suite 4400
　Denver, CO  80202

Facsimile: (872) 263-1109
cmiller@straussborrelli.com

Lincoln Combs (SBN 153434)
**O'STEEN MACLEOD COMBS PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424
Telephone: (602) 252-8888
Facsimile: (602) 274-1209
lcombs@vanosteen.com

*Attorneys for Plaintiff Roberta Senecal and the Proposed Class*

Telephone: (303) 861-0600
Facsimile: (303) 861-7805
kcronin@bakerlaw.com
mbarron@bakerlaw.com
ccollignon@bakerlaw.com

*Attorneys for Defendant Wilson & Company, Engineers & Architects*

## **CERTIFICATE OF SERVICE**

     I, Cassandra P. Miller, hereby certify that on March 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 7th day of March, 2025.

                                STRAUSS BORRELLI PLLC

                        By: */s/ Cassandra P. Miller*
                              Cassandra P. Miller
                              STRAUSS BORRELLI PLLC
                              One Magnificent Mile
                              980 N Michigan Avenue, Suite 1610
                              Chicago IL, 60611
                              Telephone: (872) 263-1100
                              Facsimile: (872) 263-1109
                              cmiller@straussborrelli.com