## UNITED STATES DISTRICT COURT

## FOR DISTRICT OF NEW MEXICO

| | |
|---|---|
| Roberta Senecal, on behalf of herself and all others similarly situated, | Case No. 1:24-cv-00904-SCY-KK |
| Plaintiff, | **NOTICE OF COMPLETION OF BRIEFING** |
| v. | |
| Wilson & Company, Inc., Engineers & Architects | |
| Defendant. | |

As required by N.N.M.LR-CIV 7.4(e), Plaintiff gives notice of completion of briefing to notify the Court the briefing is complete on Plaintiffs' Unopposed Motion For Final Approval of Class Action Settlement and Memorandum in Support. The entire briefing consists of the following:

| Date Filed | Name of Document |
|---|---|
| 08/04/25 | Unopposed Motion For Final Approval of Class Action Settlement and Memorandum in Support |
| 08/04/25 | Exhibit 1 – Declaration of Meagan Brunner of Simpluris, Inc., Regarding Notice and Settlement Administration |
| 08/04/25 | Exhibit 2 – Proposed Order and Judgment Granting Final Approval of Class Action Settlement |

Briefing on this motion is now complete, and it is ripe for decision.

1

| | |
|---|---|
| DATED: August 4, 2025. | **O'STEEN MACLEOD COMBS PLC** |
| | *(signature)* |
| | Lincoln Combs, State Bar No.153434 |
| | 300 W. Clarendon Ave., Suite 400 |
| | Phoenix, Arizona 85013-3424 |
| | T: (602) 252-8888 F: (602) 274-1209 |
| | lcombs@omclawyers.com |
| | |
| | Cassandra P. Miller ((*pro hac vice*) |
| | **STRAUSS BORRELLI PLLC** |
| | 980 N. Michigan Avenue, Suite 1610 |
| | Chicago, Illinois 60611 |
| | T: (872) 263-1100  F: (872) 263-1109 |
| | cmiller@straussborrelli.com |
| | |
| | *Attorneys for Plaintiff and the Proposed Class* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I electronically transmitted the foregoing with the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the counsel of record.

By: /s/ *Donna Avilez*