UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Senior Judge William P. Johnson**

**Case No.:** CV24-904 WJ                    **Date:** 8/18/2025

**Parties:** Senecal v. Wilson & Company, Inc.

**Courtroom Clerk/Law Clerk:** R. Garcia

**Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Telephonic Final Class Settlement Approval Hearing

**Place of Court:** Albuquerque

**Total time in Court:** 7 minutes

**Evidentiary Hearing:** NO

| **Attorneys Present for Plaintiff(s):** | **Attorneys Present for Defendant(s):** |
|---|---|
| C. Lincoln Combs and Cassandra Miller | Keeley Cronin |

**Proceedings:**

10:04   Court in telephonic session; counsel enter appearances.

The Court has reviewed materials submitted by counsel; asks who is administering the claims process; Ms. Miller advises a company named Sinpluris, a company with experience in class action matters.

The Court notes the parties appear to have reached an agreement; Ms. Miller advises, yes and asks the Court to enter the final approval order; Ms. Miller notes 98 % of the class received notice and there was over a 3% participation rate with that number expected to increase.

The Court confirms no evidentiary hearing is needed; counsel agree no evidentiary hearing needed noting the record supports the parties' request for entry of final settlement order.

The Court ask if there is anything more from counsel; counsel have nothing more to add; Court will enter the final order.

10:11   Court in recess.